IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CR-247-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ROBERT PEACE, | ) | |
| | ) | |
| Defendant. | ) | |

On July 14, 2020, Robert Peace moved for early termination of his supervised release [D.E. 3]. On July 16, 2020, the Probation Office responded in opposition [D.E. 4].

The court agrees with the Probation Office. Peace's motion for early termination [D.E. 3] is DENIED.

SO ORDERED. This 22 day of July 2020.

JAMES C. DEVER III
United States District Judge