IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CR-247-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ROBERT PEARCE, | ) | |
| | ) | |
| Defendant. | ) | |

On October 13, 2022, Robert Peace again moved for early termination of supervised release [D.E. 9]. On October 13, 2022, the United States Probation Office responded that it opposes early termination of supervised release and would like to place defendant in the Low Intensity Supervision Program ("LISP"). See [D.E. 10]. The motion [D.E. 9] for early termination of supervised release is DENIED. Defendant may refile his motion for early termination of supervised release after he successfully completes one year in LISP.

SO ORDERED. This 18 day of November, 2022.

JAMES C. DEVER III
United States District Judge